PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>DEBORAH B. RUSSELL,<br><br>       Defendant. | Case No. 1:20-po-00367-SAB<br><br>MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

DATED:  August 10, 2021                Respectfully submitted,

                                      PHILLIP A. TALBERT
                                      Acting United States Attorney

                      By:    /s/ Jeffrey A. Spivak___
                                JEFFREY A. SPIVAK
                                  Assistant U.S. Attorney

1

## **O R D E R**

2      IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

3

4   IT IS SO ORDERED.

5   Dated:   **August 10, 2021**

_____

UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28